**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **Decapolis Systems, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Sports Medicine Associates of San Antonio,**<br><br>Defendant. | **Case No. 6:21-cv-01192**<br><br>**Jury Trial Demanded** |

## PLAINTIFF'S ANSWER TO COUNTERCLAIMS

Decapolis Systems, LLC ("Decapolis Systems," "Plaintiff" and "Counter-Defendant") hereby files this Answer to the Counterclaims filed by Defendant Sports Medicine Associates of San Antonio ("Defendant") at Dkt. No. 12, and would respond as follows:

## THE PARTIES

1. Decapolis Systems lacks sufficient information to admit or deny this allegation.

2. Decapolis Systems admits this allegation.

## JURISDICTION AND VENUE

3. Decapolis Systems admits that Defendant is asserting a declaration of non-infringement and invalidity.

4. Decapolis Systems does not contest personal jurisdiction.

5. Decapolis Systems does not contest venue is proper in this action.

**COUNT I**
**DECLARATION OF [ALLEGED] NON-INFRINGEMENT OF THE ’048 PATENT**

6. Decapolis Systems incorporates its responses above.

7. Decapolis Systems admits there is a controversy concerning infringement, otherwise denies.

8. Decapolis Systems denies this allegation and demands strict proof thereof. It further denies that Defendant is entitled to any relief whatsoever.

**COUNT II**
**DECLARATION OF [ALLEGED] INVALIDITY OF THE ’048 PATENT**

9. Decapolis Systems incorporates its responses above.

10. Decapolis Systems admits there is a controversy concerning validity, otherwise denies.

11. Decapolis Systems denies this allegation and demands strict proof thereof. Decapolis Systems further denies that Defendant is entitled to any relief whatsoever.

**COUNT III**
**DECLARATION OF [ALLEGED] NON-INFRINGEMENT OF THE ’048 PATENT**

12. Decapolis Systems incorporates its responses above.

13. Decapolis Systems admits there is a controversy concerning infringement, otherwise denies.

14. Decapolis Systems denies this allegation and demands strict proof thereof. It further denies that Defendant is entitled to any relief whatsoever.

**COUNT IV**
**DECLARATION OF [ALLEGED] INVALIDITY OF THE ’048 PATENT**

15. Decapolis Systems incorporates its responses above.

16. Decapolis Systems admits there is a controversy concerning validity, otherwise denies.

17. Decapolis Systems denies this allegation and demands strict proof thereof. Decapolis Systems further denies that Defendant is entitled to any relief whatsoever.

**PRAYER FOR RELIEF**

Decapolis Systems denies all allegations in Defendant’s Prayer for Relief, and further denies

Defendant is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

1. **Failure to State a Claim.** The Counterclaims, and each count therein, fail to state a claim upon which relief may be granted.

2. **Unjust Enrichment.** Defendant improperly enriched itself and should not benefit for its improper and illegal acts.

3. **Validity.** Decapolis Systems affirmatively pleads that all Asserted Patents are valid.

4. **Infringement.** Decapolis Systems affirmatively pleads that Defendant has infringed, including directly (whether individually or jointly) or indirectly (whether contributorily or by inducement), all valid, enforceable claims of the Asserted Patents.

5. **Lack of Standing.** Defendant does not have any right or standing to assert the claims at issue.

6. **Legal Doctrine.** Defendant's Counterclaim against Decapolis Systems are barred by one or more ofthe equitable doctrines of laches, estoppel, acquiescence, waiver, and unclean hands.

7. **Reservation.** Decapolis Systems reserves the right to assert additional affirmative defenses as they become known through additional investigation and/or discovery during the course of this litigation.

//

Dated: March 29, 2022

Respectfully Submitted

*/s/ Randall T. Garteiser*

M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
Randall Garteiser
Texas Bar No. 24038912
California Bar No. 239829
rgarteiser@ghiplaw.com
René Vazquez
Virginia Bar No. 41988
rvazquez@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEYS FOR PLAINTIFF**
**Decapolis Systems, LLC**